Emily Henderson
525 W 1st Street
Sherwood, ND 58782
(701) 626-1239
Email: nodakemily@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Emily Henderson,**<br>**Plaintiff** | § | |
| vs. | § | No. 24-1382 |
| **Telegram Messenger Inc.,**<br>**Defendant** | § | **PETITION FOR WRIT OF**<br>**MANDAMUS ACTION** |
| | § | |
| | § | |
| | § | |
| | § | 18 U.S. Code § 2258/A; |
| | § | |
| | § | 18 U.S. Code § 2333; |
| | § | |
| | § | 18 U.S. Code Ch.49; |
| | § | |
| | § | 18 U.S. Code § 1030; |
| | § | |
| | § | 18 U.S. Code § 2339B; |
| | § | |
| | § | 18 U.S. Code § 2702(b) |
| | § | 18 U.S. Code § 2702(c) |
| | § | |
| | § | 10 Delaware Code §56 |
| | § | 8 Delaware Code § 132 |
| | § | 10 Delaware Code § 564 (2019) |
| | § | |
| | § | 15 U.S. Code  § 45(a)(1) |



DEC 17 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

Plaintiff, Emily Henderson, petitions this Court for a writ of mandamus action under 10 Delaware Code § 564. This section states that a writ of mandate may be issued by any court to compel the performance of an act which the law specially enjoins as a duty resulting from an office, trust, or station.

**Introduction**

The purpose of this complaint is to compel action that could potentially save several lives, including that of a child. I believe the action sought is a matter of law, which will be illustrated throughout. It has been brought to the attention of Telegram Messenger Inc. in November, 2024 that they have a wanted fugitive on their platform, Gatis Lagzdins. It has been brought to the attention that the wanted fugitive Gatis Lagzdins is raising money in scams on their platform. To make matters more serious and give further liability to their platform, it was brought to their attention that he is thought to have raised money on their platform for crime prior, and likely it is for that same purpose again, and that he has committed several other crimes over the span of several years on their platform. The laws governing their responsibility to act in accordance with applicable case law and international law were laid out as well. The responsibility to act will be proven, using state and federal case law, as well as international law and the requirement for a U.S. based social media company to comply in order to refrain from having liability for not doing so.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

Not only is it important to cease aiding these fugitives in the raising of funds, but in aiding law enforcement in the effort to find them, apprehend them, and bring them to justice, as the victims in the crime, a young woman and small child, are in hiding. That is a matter of law, which will be proven up as well via the ECPA, and U.S. Code. There is also a small child with the two wanted fugitives who, by way of law, is defined as a 'missing or endangered child'. She needs a welfare check and would be placed into custody when her parents are found and apprehended.

The platform has been made aware that this child exists and is endangered, and that the fugitive is raising funds in scams on their platform, uploading illegal content that also violates their terms of service, has used funds obtained in the commission of crimes, and is wanted for the organization and assistance with three murder for hire attempts on a woman and child. Once made aware, the social media company needs to act, and turn over information regarding their IP, ISP, VPN, and/or any other helpful info to law enforcement immediately, without need for a court order or warrant once they are aware of these facts and applicable law. It will also be illustrated that a third party can request all of the above by way of law, and that both the registered agent in Delaware and this court has jurisdiction over the matter.

**Parties**

**Plaintiff:** Emily Henderson, 525 W 1st St, Sherwood, ND 58782;

**Defendant:** Telegram Messenger Inc., 1000 N West St Ste 1200, Wilmington, DE 19801;

**Registered Agent for the Defendant:** A Registered Agent, Inc., 8 The Green, Suite A, Dover, DE 19901.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

**Jurisdiction**

*1. Location of the Company:* Telegram Messenger Inc. has a corporate office located at 1000 N West St Ste 1200, Wilmington, DE 19801, and are able to be served % A Registered Agent, Inc., located at 8 The Green, Suite A, Dover, DE 19901.

*2. Requirements in Delaware for Registered Agents:* In *8 Del. C. § 132 (a), (b), (c),* the duty of the registered agent to accept service is outlined, particularly **8 Del C. *§ 132 (b)1-3, which states:***

(b) Duties of Registered Agents

Every registered agent for a domestic or foreign corporation must:

1. Maintain a business office in Delaware that is generally open, or if an individual, be generally present at a designated location in Delaware at sufficiently frequent times to accept service of process and perform the functions of a registered agent.

2. If a foreign entity, be authorized to transact business in Delaware.

3. Accept service of process and other communications directed to the corporations for which it serves as registered agent and forward them to the corporation.

*3. Due Process Clause:* The Due Process Clause of the Fourteenth Amendment ensures that exercising jurisdiction over a non-resident defendant is fair and reasonable.

*4. Use of Services by the Fugitive:* The services used by the wanted fugitive Gatis Lagzdins in question are provided by the Defendant, Telegram Messenger Inc., with a corporate office in Delaware, and a registered agent in Delaware.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

*5. Use of Services by Petitioner*:  The Plaintiff, as a third-party witness to the alleged criminal activity, is not required to utilize the services of the Respondent to file this writ of mandamus. Under the principles outlined in the Federal Rules of Civil Procedure (FRCP) Rule 81(b), relief previously obtainable through writs of mandamus can be sought independently of any specific service relationship with the Respondent. The focus of this petition is on the legal duty of the Respondent and the Petitioner's right to seek relief without being a user of the Respondent's services.The Plaintiff is, however, currently a registered user of Telegram's services, and agrees to the platform's Terms of Service. This agreement provides the Petitioner with a vested interest in the outcomes related to this writ of mandamus.

**Factual Background Between the Plaintiff, Emily Henderson, Reports to Other Social Media Entities, Law Enforcement, and Telegram Messenger Inc. Regarding the Fugitive Gatis Lagzdins**

A Cyber Crime Complaint was sent to YouTube's legal department on June 24th, 2024. The subject line was labeled URGENT: Money being raised to kill 2, one is a child, again, as before. (See Exhibit 1). Within the body of that email are evidence(s) for not only the crime(s) committed by Lagzdins and girlfriend, Marina Abdula, but the obligation of YouTube to act. Since YouTube will not address a third party regarding defamation, I made it clear that this was not only a matter of defamation. Even though I am a third party, I am making them aware of a number of crimes, and they have liability, which was proven using case law in that email. June 25th, YouTube responded requesting a 'court order' but not what kind. I asked and got no answer. This looked like an automated response only related to 'defamation' and not the rest of the very important information relayed to them. (see Exhibit 2) June 25th and June 26th, a response with the warrant.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

This looked like an automated response only related to 'defamation' and not the rest of the very important information relayed to them. (see Exhibit 2) June 25th and June 26th, a response with the warrant for the arrest of Gatis Lagzdins (Goatis) and Marina Abdula (Primal Belle) was sent via email along with requesting what more they would like to see to verify the claims. (see Exhibit 3 and 4) June 28th, the last message was forwarded to YouTube with an additional request for what they would like to see in order to respond. (see Exhibit 5). On June 24th, a message was sent to the Canadian Ministry of Justice to request they extradite Lagzdins for the extortion of Catherine Richard, as that would be another avenue for apprehending wanted fugitive Lagzdins. Evidence was provided. (see Exhibit 6). It is suggested they subpoena the social media companies. This shows that other avenues to obtain the information leading to his whereabouts were taken, as were many more which will be shown as well.

On June 30th, several authorities over terroristic content online and child abuse materials were contacted as well, further illustrating the effort to use all avenues available to get the proper information to authorities (see Exhibit 7-10 ). The first was to the Autoriteit online Terroristisch en Kinderpornografisch Materiaal (ATKM, Authority for the prevention of online Terrorist Content and Child Sexual Abuse Material) Article 12(1)(a)(b)(c) and (d)). This was sent to illustrate Lagzdins' repeated violations of the TCO regulations in Europe, including Article 12 for the Authority for the Prevention of Online Terrorist Content and Sexual Abuse Material. I asked that they compel the social media companies to comply with Article 114 and shut the content down on an emergency basis. The first entity approached was in the Netherlands, due to the fact that it is the Netherlands where a child was almost murdered by Lagzdins, using funds obtained on social media.They responded on July 11th stating, "Thank you for your message and for informing us.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

Unfortunately we cannot elaborate on the assessment of content, the further process or the outcomes. Since we have no further questions, there is no need for us to contact you. We trust that we have informed you sufficiently.." (see Exhibit 8).

On June 30th, both Germany and Latvia were approached with the same type of message. In Germany, the Bundeskriminalamt Federal Criminal Police Office was sent an email regarding (Article 12 (1) (a)(b)), Bundesnetzagentur (Federal Network Agency) (Article 12 (1) (c)(d)) to their contact point, Bundeskriminalamt, AG TCO-VO (Abteilung ST), and Bundesnetzagentur (Federal Network Agency) (See Exhibit 9). In Latvia, the message was sent to the State Security Service (Article 12 (1) (a)(b)(c)(d)) (See Exhibit 10).

On June 30th, a message was also sent to the Department of Justice regarding the matter to the CCIPS (Computer Crime and Intellectual Property) Division. It outlined how a wanted fugitive was violating the Terrorist Content Online regulation in scams that affect both American citizens and violate International law. It highlighted that due to the TCO regulation, there is a responsibility to take the content down within one hour of awareness, and that the DOJ can compel the SM company to do this. They were asked to subpoena/court order the release of Gatis Lagzdins and/or Marina Abdula's IP address and other identifying information that could lead to their whereabouts. (See Exhibit 11). On July 2nd, an email was sent to Herr Scheer and Judge Adiyaman of District Court 2 and the Investigative Court of Offenburg, the same court and Judge who signed off on the warrant for Gatis Lagzdins and Marina Abdula. It drew their attention to the wanted fugitives being on social media, and implored them to subpoena YouTube and Google to obtain information that may lead to their whereabouts, as well as cut off funding for more crime. (See Exhibit 12).

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

Along with these being sent, many online forms have been filled out along the way as well. A report to the FTC regarding Gatis Lagzdins' crypto wallets and PayPal; a report to the Onlinewache in Baden-Wurttemberg regarding their presence on social media and the baby with them and their status as wanted fugitives and hers as an endangered child made in early October. All of these efforts over the course of four months show that every avenue to get the information from social media to law enforcement that could help to locate the fugitives and cut off funding for future use in crime has been made prior to this writ for mandamus action.

On July 14th, another email was sent to YouTube relaying all the prior communication and info and evidence sent, and asking if they were doing anything further or wanted further documentation or evidence. (See Exhibit 13) A response to the July 14th email was sent on Sept 10th by YouTube, where YouTube cites it cannot do anything about the 'defamation' complaint even though this message was sent to them under 'other legal issues'. The response appears to be written by a bot and not looked into by a human being who knows what is being relayed about the crimes, which involve children and much more than just defamation. (See Exhibit 14) A response was sent to YouTube on Sept 14th reiterating that they have criminals on their platform raising funds, as well as the other legal violations, and that they aren't addressing this at all in their messages. They are also told that the victim in the crime will be made aware of how to proceed re her defamation, but that it's the smaller of the very serious issues being brought to their attention in these messages, which appear to have only bot or pre-selected 'canned' response language, and not to have been looked at carefully by a human eye who can understand the legal obligations they have regarding the issues raised (See Exhibit 15).

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

On Sept 19th, the person cited as the lead investigator for the acid attack and arson in the Netherlands was sent a message outlining everything as well, imploring him to approach the social media company with a subpoena. (See Exhibit 16)

Other Exhibits: Warrant for Gatis Lagzdins and Marina Abdula from Amstgericht 2 in Offenburg, Germany (See Exhibit 17) 'Skeleton' trial transcript of Ilyas Abdula, repeatedly mentioning Gatis, Marina, and their social media presence (See Exhibit 18 (1-13)).

On Nov. 14th, 2024, Plaintiff Emily Henderson sent an email to Telegram regarding Gatis Lagzdins entitled 'SM Lawsuit, Wanted Fugitives Abusing Platforms' and outlined all of the above facts but highlighting his criminality on Telegram and providing a link to his page https://t.me/tribute/app?startapp=sbOe  (See Exhibit 19). Lagzdins actually has had at least two Telegram channels over the past two and a half years. The aforementioned channel is the second, and he utilizes the company 'Tribute' to help him monitor members. Tribute takes a ten percent cut of profit, and the Plaintiff is sending a copy of this mandamus action to pleading to Tribute so they will be aware of their legal requirement to act once made aware as well. Gatis Lagzdins also has one free Telegram group, @Sv3rigeChannel, with around 2200 members. This channel still provides income however, as it serves as an entry point for his 'exclusive' channel. There is also a Telegram group dedicated to the music he listens to, it is @Sv3rigeMusic.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

The criminality of Gatis Lagzdins and Marina Abdula on YouTube has been illustrated, including the fact that YouTube shut down Gatis Lagzdins' channel 'Sv3rige', and are now part of a Mandamus Action case the Plaintiff, Emily Henderson, brought on October 16th, 2024 in Santa Clara Civil Court, against YouTube and their parent company, Google LLC. The suit prompted Google LLC to hire counsel, who are conducting a one month investigation that has already commenced, and will conclude on December 18th, 2024. The criminality on YouTube includes references to criminality committed on Telegram, with Lagzdins directing followers from one platform to another in his efforts to dox and encourage acts of violence against Catherine Richard and her entire family, as well as show revenge nudes of Catherine that were obtained under threat of violence, according to Catherine's affidavit. (Exhibit 20)

All of these actions are crimes that remove a platform's protection under Section 230 of the Communications and Decency Act. It is also a violation of Telegram's terms of service, which state the following:

**"By signing up for Telegram, you accept our Privacy Policy and agree not to: Use our service to send spam or scam users. Promote violence on publicly viewable Telegram channels, bots, etc. Post illegal pornographic content on publicly viewable Telegram channels, bots, etc. Engage in activities that are recognized as illegal in the majority of countries. This includes child abuse, selling or offering illegal goods and services (drugs, firearms, forged documents), etc."**

This section clearly states that promoting violence or engaging in illegal activities on Telegram is prohibited, and such channels can be removed.                                        Page 10 of 22

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

Once made aware, a platform hosting criminal scams can also be liable if they do not take action under Federal Trade Commission Act, 15 U.S.C. § 45(a)(1), which states "Unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are hereby declared unlawful."

**Factual Background re the Wanted Fugitives and their Alleged Crimes and Nature of the Incident(s) on both Telegram along with, and via a link to, other SM Platforms, and Videographic Evidence:**

Lagzdins has committed multiple online scams across several platforms to raise money where the money was not for the purpose set forth in the appeal for funds, but was used to commit felonious crimes. One such appeal for funds, while wanted for attempted murder and evading arrest, is currently occurring on YouTube in the form of another online scam. May 30th, 2024, is the release date of the video for the current scam focused on the attempted murder victims, raising money via crypto as they did before. It is for a purpose other than the one stated, as before, which is why he and his partner, also on your platform, are wanted for attempted murder.  The content creator committing these crimes is someone who has had two channels, Sv3rige and Goatis. The Sv3rige channel was banned but Goatis remains on YouTube. His channels, both the banned 'Sv3rige' and the current 'Goatis' channel on YouTube, have a link to his Telegram channel in the description. He regularly makes videos on YouTube asking people to support him on Telegram. He has committed some of these crimes via both YouTube channels as well as multiple crimes via Telegram. can go to 'support' him.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

The current scam on YouTube where funds will not be used for what he is stating in "Lawsuit Against a Child Kidnapper & Molester" includes a reference to Telegram where people. The contents of the video are slander and the title is libel, as the person in question that is being called a 'kidnapper and molester' is the victim of an acid attack and arson, allegedly paid for by content creator @Goatis or Gatis Lagzdins. She is not accused of kidnapping by the courts and Lagzdins is wanted for trying to murder the child he refers to via a Molotov cocktail he paid to have thrown into the child's window, using funds obtained on social media, as was further illustrated in the trial of Ilyas Abdula on Aug 28th, 2024, where the court made it clear Gatis Lagzdins paid Ilyas Abdula for the crime, and he is still wanted for arrest.  There are comprehensive videos on the matter of Gatis Lagzdins' crimes that compile videographic evidence and documentation such as court records of his prior crimes, more recent crimes, and current attempt at crime, committed utilizing your platform as well as the other(s) and via the others with links to Telegram.

Sv3rige Leaving YouTube - Dumped by Wife, Begging for Money, Lying about Whereabouts - YouTube https://www.youtube.com/watch?v=Wejddr72Sag

This YouTuber Wants to Eat You | Goatis/Sv3rige Documentary - YouTube https://www.youtube.com/watch?v=2IlcQDRCOOQ

Sv3rige Lies About Acid Attack and Child Custody Scam - YouTube https://www.youtube.com/watch?v=nt3IgpW2hZY

DISGUSTING YouTuber Hires Hitman to Murder Ex and Son: Goatis the VILE. True Crime Documentary. - YouTube https://www.youtube.com/watch?v=hfPfcumFpeo&t=1472s

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

Videos made by the victim of the acid attack and arson on YouTube, on the @Lundiforest channel, cite prior crimes, such as Gatis Lagzdins raising money after almost beating her to death and lying about the beating being done by "immigrants" who mugged her:

Part 1 - "Mugging" and other Truths on Gatis sv3rige / Goatis - YouTube https://www.youtube.com/watch?v=iDyVKfE9SvE

Part 2 - Follow up of "Mugging" and related Truths on Gatis ( sv3rige / Goatis ). - YouTube https://www.youtube.com/watch?v=U45hJBtqgZE

Part 3 - Truths on Gatis / goatis / sv3rige - YouTube https://www.youtube.com/watch?v=AEU8hR8PV1E

Videos on @Lundiforest channel about the acid attack Gatis Lagzdins paid for, the scam that Gatis Lagzdins aka @Sv3rige aka @Goatis ran to raise money for a lawyer to "see his son" but she was never contacted by any lawyer, she was attacked with acid and several attempts were made to burn her house down, one finally successful, all by the same perps, @Goatis paying Ilyas Abdula, the current husband of his new girlfriend, and her 15 year old daughter who still lived with Ilyas.

2 Year Anniversary of my Survival since being Acid-attacked (22 May 22) - sv3rige / Goatis - YouTube https://www.youtube.com/watch?v=7reS8EYa8Vk

Message for Gatis - Goatis/Sv3rige and Viewers #goatis #sv3rige #scammer - YouTube

https://www.youtube.com/shorts/3fceerfvuLc

A day that changed my World ( sv3rige - Goatis ) - YouTube https://www.youtube.com/shorts/XfSjQw5NGHU

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

Gatis Lagzdins started a "smear campaign" on your platform and threatened to kill Diane Van den Bosch, or "Luna" the name she preferred to use online before being forcibly doxed by Gatis Lagzdins. His threats and doxing are documented in audio format and in written form, as are threats in written form regarding their child. Part of this smear campaign toward her included calling her a child molester. But it is Gatis Lagzdins who has many videos promoting child molestation, incest, and similar and also promote serial killing and revenge being normal, natural, and good.

Even though he was removed from YouTube for one channel, Sv3rige, he retained the Goatis channel and is running the current scam there. He moved those videos to Rumble that used to be on YouTube, and they prove up this fact, that he advocates for child molestation and incest. One video on the @Goatis channel still shows this behavior on YouTube, from April, 2023, citation for videographic evidence below.

Rumble videos: Is Incest Natural? (rumble.com) (there are other vids advocating this behavior, this is but one example) https://rumble.com/v1ocses-is-incest-natural.html

Never Forgive Anybody (rumble.com) (shortly before the acid attack and around the time of its planning) https://rumble.com/v1lqmbj-never-forgive-anybody.html

Serial Killers Are The Real Heroes | Organ Harvesting (rumble.com) (but one example of a video advocating murder being normal behavior)

https://rumble.com/v1n525i-serial-killers-are-the-real-heroes-organ-harvesting.html

**PETITION FOR WRIT OF MANDAMUS ACTION**

He directs people to Telegram via Rumble's Sv3rige channel, as well as via the Goatis channel he should not have on YouTube post having his Sv3rige channel banned. https://rumble.com/v5ovdhk-new-sv3rige-videos-only-on-telegram-summer-2024.html?e9s=src_v 1_upp

On the 'Goatis' channel on YouTube, the most recent aforementioned incident of advocacy of child rape, done in 'code'in the April 2023 livestream, he cites 'buying a 12 or 13 year old bike to ride' was something you could do in Afghanistan, and then said 1 to 2 year olds also. He is referring to children as 'bikes' and 'ride' is raping them. Activists who are anti pedophilia and crime have made videos featuring clips of his behavior such as this one:

https://www.youtube.com/watch?v=jMDmvQxstUg

He also spoke in code on several other occasions, on the video about Catherine leaking her nude photos, he said to pay "Cat roline if you know who I mean"…."natural respect" which ties in to his revenge videos avail on rumble, citing that he thinks natural respect means killing or hurting people who have wronged him and imploring others to assist, to show their 'respect' for him. This video on YouTube directed his followers to Telegram to gain access to the folder that contained Catherine's nude photos that were obtained via extortion, and dox her whole family, providing names, addresses, places of business and other identifying info. He encouraged his followers to pay him 'true natural respect' and show her family a 'bloody good time'. If you see his other content, you know that 'true natural respect' is a reference to revenge, murder, and violence.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

He used the code "Norway" to refer to murdering Luna of @Lundiforest, the acid attack victim. This is a behavior throughout his SM career under both channels and on other platforms, as documented in several of the links provided. It is a pattern of behavior to speak in code, to ask for money in scams that will later be used for crime (essentially crime on top of crime), and to criminally harass, dox, and defame his victim(s). Legal Standards in the state of Delaware apply. 10 Delaware Code § 564 (2019) outlines the mandamus action process in Delaware. It authorizes the court to compel the performance of a duty that is mandated by law. It states that any person seeking to compel a duty that is clearly mandated by law can file, meaning that in this case a third party witness to crime and to wanted fugitives using a platform can file. It states who can be compelled to act: any official, entity, or corporation required to perform a legal duty.

If the court orders that the Plaintiff is entitled to the relief prayed for, a peremptory writ of mandamus is issued and served in the usual manner.

Telegram Messenger Inc., is required to perform the legal duty of not hosting a scam likely used to obtain funds for crime once made aware, which is governed under the case law provided in Exhibit 1. They have a duty to make authorities aware of this activity on their platform when it constitutes terroristic activity online and to shut it down within one hour once made aware, in compliance with European law governing such crime, as provided in laws outlined in Exhibit 7-10.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

All efforts one can exercise have been utilized, but if any are found to not have been utilized, I cited that failure to exhaust may be excused if: (1) requiring exhaustion of administrative remedies causes prejudice due to unreasonable delay or an "indefinite time frame for administrative action"; (2) the agency lacks the ability or competence to resolve the issue or grant the relief requested; (3) appealing through the administrative process would be futile because the agency is biased or has predetermined the issue; or (4) substantial constitutional questions are raised. See Iddir, 301 F.3d at 498. Time is of the essence, as is finding fugitives who have an endangered child in their care and are evading law enforcement.  18 U.S.C. § 2333 states that liability can be asserted against any individual who aids and abets, by knowingly providing substantial assistance, or who conspires with the person who committed an act of international terrorism, even if the individual is not part of an org.

18 U.S. Code § 2258A: This section requires providers of electronic comm services or remote computing services to report inappropriate content related to child sex abuse to the National Center for Missing and Exploited Children (NCMEC) as soon as reasonably possible after obtaining actual knowledge of such content.  18 U.S. Code Chapter 49: This chapter covers various offenses related to fugitives from justice, including harboring or concealing a fugitive, and penalties for such actions.  18 U.S. Code § 1030: Known as the Computer Fraud and Abuse Act (CFAA), this section prohibits unauthorized access to computers and networks, and outlines penalties for various forms of computer-related crimes, such as fraud, which has been demonstrated to have been committed on all of these platforms, including Telegram Messenger Inc., from the first report made to the first of many legal entities, beginning in June 2024.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

Gatis Lagzdins has committed crime repeatedly on this platform over the course of several years and has had four channels, including the current paid membership channel and two free channels.

The content on Telegram includes the promotion of Incest, with titles like 'Incest is Monogomy', and clips of this content have been accessed by users who have shared it on other platforms. Gatis Lagzdins' Telegram account contains content that promotes and documents several of his criminal activities. Although some individuals have unlawfully accessed and shared this content, I am seeking to address this issue through proper legal channels to ensure the responsible parties are held accountable. The content is behind a paywall, and I have become aware of it through various reports and investigations. I trust that the Defendant, Telegram Messenger, Inc., their reps and the court(s) can look into the allegation(s) via legal means and see what content is there, and how it violates both law and terms of service in all of the ways cited in this petition for a writ of mandamus action.

Lagzdins also cites on his YouTube channel 'Goatis' that he will talk about things on Telegram that he will not talk about on YouTube. That is due to, in many instances, the illegal nature of the content.

It should be mentioned that in addition to the removal of the 'Sv3rige' channel on YouTube, and his moving his Telegram followers to a second channel, he had Patreon and PayPal terminated in the past as well, in November 2022. A PayPal being used on his scam video re a lawyer for a 'kidnapper and molester' was taken off of videos, and this appears to belong to a Canadian person who may be assisting Lagzdins. This PayPal address was reported to the FTC by the Plaintiff, Emily Henderson, for being used to obtain funds in a scam on a platform hosting a wanted fugitive who has committed crime in the past and is doing so again.        Page 18 of 22

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

**Other Applicable Law to Compel Action**

18 U.S. Code § 2339B: This section makes it illegal to knowingly provide material support or resources to a foreign terrorist. Penalties include fines and imprisonment, and if the death of any person results, the penalties can be more severe. "To satisfy the mens rea, an online intermediary would need knowledge—as in, awareness—that its policy or practice facilitated the principal perpetrator in executing the crime." See, e.g., Furundžija, Case No. IT-95-17/1-T, Judgement, ¶ 249; Šainović, Case No. IT-05-87-A,Judgement, ¶ 1649; Taylor, Case No. SCSL-03-01-A,Judgment, ¶¶ 436–437.

"A social media company would not even need to 'know the precise crime intended' by the principal perpetrator "as long as [it] is aware that one of a number of crimes will probably be committed and one of those crimes is committed." Norman Farrell, Attributing Criminal Liability to Corporate Actors: Some Lessons from the International Tribunals, 8 J. INT'L CRIM.JUST. 873, 882 (2010). Hamilton R J, 'Social Media Platforms in International Criminal Investigations' (2020) 52(1) CaseWResJIntlL 213  "Platform Enabled Crimes", Vol 63, Issue 4, Rebecca J. Hamilton, 26 April, 2024.

Platform-Enabled Crimes: Pluralizing Accountability When Social Media Companies Enable Perpetrators to Commit Atrocities (storage.googleapis.com).

The TCO regulations of Europe, once a SM company has been made aware of terroristic activity on their platform:  Regulation (EU) 2021/ of the European Parliament and of the Council of 29 April 2021 on addressing the dissemination of terrorist content online (europa.eu);

## PETITION FOR WRIT OF MANDAMUS ACTION

---

Terrorist Content Online (TCO) Regulation in Europe aims to combat the dissemination of terrorist content online. It requires hosting service providers, including social media platforms, to promptly remove terrorist content upon receiving a removal order from Member States' authorities within one hour.

Electronic Communications Privacy Act (ECPA) - Stored Communications Act (SCA)

Section 2702 - Disclosure by Service Provider, (b) Exceptions for Disclosure: A provider of remote computing service or electronic communication service to the public shall disclose the contents of a communication, to any person other than a governmental entity, if the provider, or an employee or agent thereof, in good faith, believes that an emergency involving danger of death or serious physical injury to any person requires disclosure of the information immediately.

Section 2703 - Requirements for Governmental Access to Stored Communications, (c) Records and Other Information: A provider of remote computing service or electronic communication service shall disclose to a governmental entity the name, address, length of service, and telephone or instrument number or other subscriber number or identity, and means of payment for such service, of a subscriber to or customer of such service when the governmental entity follows the applicable procedures.

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

**Claim for Relief**

The Plaintiff is seeking two remedies for relief as a third party witness to crime on this platform:

Telegram must shut down the fundraising abilities of wanted fugitive Gatis Lagzdins on their platform per the laws provided and per their own terms of service.

Telegram must send any additional helpful information to law enforcement in the Netherlands, Germany, or any other deemed relevant to the welfare of the endangered children, or in the interest in apprehending the fugitive(s).

**Prayer**

*WHEREFORE, Plaintiff prays as follows: A writ of mandamus action to be granted under* 10 Delaware Code § 564 (2019), *directed to and compelling the defendant Telegram Messenger Inc., to deplatform wanted fugitive Gatis Lagzdins from any channel he has, paid or unpaid, on their platform, and to release information leading to the whereabouts of Gatis Lagzdins to law enforcement agencies in the Netherlands or Germany directly. To deplatform Gatis Lagzdins entirely per the TCO and Article 12 violations in the Netherlands alone, let alone the rest of Europe, which a social media company is required by law to comply with per the Rome Statute and the ICC/law in the EU when made aware (Joined Cases C-682/18 and C-683/18, YouTube and Cyando Court of Justice of the European Union (CJEU), June 22, 2021).*

**PETITION FOR WRIT OF MANDAMUS ACTION**

---

**Conclusion**

*Plaintiff requests the court issue a writ of mandamus.*

Emily Henderson    *Emily Henderson*    *DATED: 12/03/24*


*VERIFICATION I am the petitioner in this proceeding. The facts alleged in the above petition are true of my own knowledge. I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct.*

Emily Henderson    *Emily Henderson*    *DATED: 12/03/24*