IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMILY HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-1382 (JLH) |
| ) | |
| TELEGRAM MESSENGER, INC., ) | |
| ) | |
| Defendant. ) | |

## SCREENING ORDER

AND NOW, on this 15th day of April 2025, this Court having granted *pro se* Plaintiff Emily Henderson leave to proceed *in forma pauperis* (*see* D.I. 5) and having screened Plaintiff's Complaint (D.I. 2), pursuant to 28 U.S.C. § 1915(e)(2)(B);

WHEREAS, the Complaint (D.I. 2) alleges that Plaintiff was a "third party witness" to crimes on Defendant Telegram Messenger, Inc.'s social media platform in and around 2024 and, on that basis, seeks a "writ of mandamus" to "deplatform" the individuals responsible for these crimes, who are not parties to this action;

WHEREAS, the Court accepts all factual allegations in the Complaint as true and views them in the light most favorable to Plaintiff, *see Phillips v. County of Allegheny*, 515 F.3d 224, 229 (3d Cir. 2008), while liberally construing Plaintiff's *pro se* pleading and holding the Complaint "to less stringent standards than formal pleadings drafted by lawyers," *Erickson v. Pardus*, 551 U.S. 89, 94 (2007); and

WHEREAS, the Court properly dismisses *pro se* proceedings *in forma pauperis* under the screening provisions of 28 U.S.C. § 1915(e)(2)(B) if "the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is

immune from such relief," *Ball v. Famiglio*, 726 F.3d 448, 452 (3d Cir. 2013) (quotation marks omitted);

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint (D.I. 2) is **DISMISSED** with prejudice as frivolous.  28 U.S.C. § 1915(e)(2)(B)(i).

IT IS FURTHER ORDERED that Plaintiff's motion to seal (D.I. 4) is **GRANTED**, as the Complaint contains Plaintiff's phone number and other personally identifiable information that should not appear on the public docket; and

IT IS FINALLY ORDERED that this Clerk of Court is directed to **CLOSE** this case.

_____
The Honorable Jennifer L. Hall
United States District Judge